

FILED & JUDGMENT ENTERED
Steven T. Salata

Apr 15 2016

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division**

IN RE:

Tara Yvette Smith

SSN#: XXX-XX-7147

Chapter 13
CASE NO: 12-32410
Related Court Docket Number: 55

**ORDER**

ON 04/13/2016, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

DAVID W HANDS Present

**AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtor can resume payments May 2016.

**IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$1,645.00** per month.

Plan composition percentage is set at **1%**.

Case subject to dismissal without further notice upon payment default for 6 months.

Attorney for debtor allowed presumptive, non-base fee of **$200.00**.

Motion to Dismiss is denied.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

Laura T. Beyer
UNITED STATES BANKRUPTCY COURT JUDGE

{:20160414124151:}